**Electronically Filed
Supreme Court
SCEC-24-0000797
07-JAN-2025
10:42 AM
Dkt. 51 ODMR**

SCEC-24-0000797

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RALPH S. CUSHNIE and more than THIRTY VOTERS, Plaintiffs,

vs.

SCOTT NAGO, as Chief Elections Officer for the Office of
Elections, State of Hawaiʻi; and JADE FOUNTAIN-TANIGAWA, County
Clerk for the County of Kauaʻi, Defendants.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

On December 29, 2024, Plaintiffs filed an "Opposition to
Judgment Pursuant to Constitution of the State of Hawaii,
Article I Section I" and a "Layman Executive Summary."  The
deadline to timely file a motion for reconsideration from this
court's December 20, 2024 Findings of Fact, Conclusions of Law,
and Judgment was December 30, 2024.  See Hawaiʻi Rules of
Appellate Procedure (HRAP) Rule 40(a) (eff. 2000).  We construe
both documents filed on December 29, 2024, collectively as a
motion for reconsideration.

Upon consideration of the motion for reconsideration filed on December 29, 2024, and the record, this court has not overlooked or misapprehended points of law or fact.  <u>See</u> HRAP Rule 40(b).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, January 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

